UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
MAY 05 2015

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANGELA MARIE JOHNSON,<br><br>Defendant. | CR 15-40056<br><br>INDICTMENT<br><br>Interstate Travel in Aid of Racketeering Enterprise<br><br>18 U.S.C. § 1952(a)(1) |

The Grand Jury charges:

On or about January 15, 2015, in the District of South Dakota and elsewhere, Angela Marie Johnson traveled in interstate commerce from the State of California to the State of South Dakota with the intent to distribute the proceeds of an unlawful activity, namely, a business enterprise involving the sale of marijuana in violation of 21 U.S.C. § 841(a)(1), and thereafter performed and attempted to perform an act to distribute the proceeds of such unlawful activity, all in violation of 18 U.S.C. § 1952(a)(1).

A TRUE BILL:

**NAME REDACTED**

Foreperson

RANDOLPH J. SEILER
Acting United States Attorney

By: